# United States Court of Appeals
# For the First Circuit

No. 16-1465

IN RE: SAFINA N. MBAZIRA,

Debtor.

_____

U.S. BANK, N.A., as Trustee of the J.P. Morgan Mortgage
Acquisition Corp. 2005-FRE1 Asset Backed Pass-through
Certificates, Series 2005-FRE1,

Appellant,

OCWEN LOAN SERVICING, LLC,

Defendant,

v.

JOHN O. DESMOND, Chapter 11 Trustee of the Estate of Safina N.
Mbazira,

Appellee.

_____

**ERRATA SHEET**

The opinion of this Court, issued on October 1, 2021, is
amended as follows:

On page 15, line 23 replace "Id. (emphasis omitted). with
Id. (emphasis omitted).